ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON✤PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES FARRIS,<br><br>  Plaintiff,<br><br>vs.<br><br>WARREN PUMPS, LLC,<br><br>  Defendant. | CV 08 0231<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Elizabeth Farris, Spouse; and sons, Robert Gene Farris, David James Farris, Jacob Benjamin Farris.

Dated: 1/2/12/7   BRAYTON✤PURCELL LLP

By: _____
David R. Donadio
Attorneys for Plaintiff

K:\Injured\102745\Fed\Certification of parties.wpd   1
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS