ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES FARRIS, <br><br> Plaintiff, <br><br> vs. <br><br> WARREN PUMPS, LLC, <br><br> Defendant. | No. C08-231-EDL <br><br> CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: February 22, 2008                                BRAYTON❖PURCELL LLP

                                                                            /s/ *David R. Donadio*
                                                    By: _____
                                                           David R. Donadio
                                                           Attorneys for Plaintiffs

K:\Injured\102745\Fed\consent to magistrate (Farris).wpd           1
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE  - C08-231-EDL

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555