ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
FRANK J. ANDERS, ESQ., S.B. #227208
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff
JAMES FARRIS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES FARRIS, <br><br> Plaintiff, <br><br> vs. <br><br> WARREN PUMPS, LLC, <br><br> Defendant. | No. C 08-00231-EDL <br><br> ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and,

//

//

1     (3) Considered whether this case might benefit from any of the available dispute

2 resolution options.

3 Dated: April 3, 2008                          BRAYTON❖PURCELL LLP

5                                          /s/ David R. Donadio
                             By: _____

6                                  David R. Donadio
                                 Attorneys for Plaintiff

8 Dated: April 3, 2008                          CARROLL, BURDICK, & McDONOUGH, LLP

9                                          /s/ John G. Lee

10                              By: _____
                                 John G. Lee

11                                  Attorneys for Defendant WARREN
                                 PUMPS, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADR CERTIFICATION BY PARTIES AND COUNSEL– C 08-00231-EDL