1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R. DONADIO, ESQ., S.B. #154436
2  FRANK J. ANDERS, ESQ., S.B. #227208
   BRAYTON❖PURCELL LLP
3  Attorneys at Law
   222 Rush Landing Road
4  P.O. Box 6169
   Novato, California 94948-6169
5  (415) 898-1555
   (415) 898-1247 (Fax No.)
6
   Attorneys for Plaintiff
7  JAMES FARRIS

8                     **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                         **SAN FRANCISCO DIVISION**

11

12  JAMES FARRIS,                      )   No. C 08-00231-EDL
                                       )
13              Plaintiff,             )
                                       )   STIPULATION AND [PROPOSED]
14  vs.                                )   ORDER SELECTING ADR PROCESS
                                       )
15  WARREN PUMPS, LLC,                 )
                                       )
16              Defendant.             )
                                       )
17

18

19       Counsel report that they have met and conferred regarding ADR and have reached the

20  following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

21       The parties agree to participate in the following ADR process:

22  Court Processes:

23       ___    Non-binding Arbitration (ADR L.R. 4)

24       _X_    Early Neutral Evaluation (ENE) (ADR L.R. 5)

25       ___    Mediation (ADR L.R. 6)

26  (Note: Parties who believe that an early settlement conference with a Magistrate Judge is

27  appreciably more likely to meet their needs than any other form of ADR, must participate in an

28  //

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS – C 08-00231-EDL

1  ADR phone conference and may not file this form. They must instead file a Notice of Need for
2  ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)
3  <u>Private Process</u>:
4     ___    Private ADR (please identify process and provider) _____
5  _____
6         The parties agree to hold the ADR session by:
7     _X_    The presumptive deadline (The deadline is 90 days from the date of the order
8             referring the case to an ADR process unless otherwise ordered. )
9     ___    Other requested deadline _____

11  Dated: April 3, 2008                             BRAYTON❖PURCELL LLP
12                                                 /s/ David R. Donadio
13                                      By: _____
                                           David R. Donadio
                                           Attorneys for Plaintiff

15  Dated: April 3, 2008                             CARROLL, BURDICK, & McDONOUGH, LLP
16                                               /s/ John G. Lee
17                                      By: _____
                                         John G. Lee
18                                         Attorneys for Defendant WARREN
                                       PUMPS, LLC

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

Non-binding Arbitration

 _X_ Early Neutral Evaluation (ENE)

 ___ Mediation

 ___ Private ADR

Deadline for ADR session

 _X_ 90 days from the date of this order.

 ___ Other _____

IT IS SO ORDERED.

Dated: _____

                _____
                Elizabeth D. Laporte
                United States Magistrate Court Judge