ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
FRANK J. ANDERS, ESQ., S.B. #227208
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff
JAMES FARRIS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JAMES FARRIS, ) | No. C 08-00231-EDL |
| ) Plaintiff, ) | |
| ) vs. ) | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| ) WARREN PUMPS, LLC, ) | |
| ) Defendant. ) | |
| ) | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

<u>Court Processes</u>:

   \_\_\_    Non-binding Arbitration (ADR L.R. 4)

   _X_    Early Neutral Evaluation (ENE) (ADR L.R. 5)

   \_\_\_    Mediation (ADR L.R. 6)

(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an

//

1  ADR phone conference and may not file this form. They must instead file a Notice of Need for
2  ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)
3  <u>Private Process</u>:
4  \_\_\_    Private ADR (please identify process and provider) _____
5  _____
6      The parties agree to hold the ADR session by:
7  \_X\_    The presumptive deadline (The deadline is 90 days from the date of the order
8          referring the case to an ADR process unless otherwise ordered. )
9  \_\_\_    Other requested deadline _____

11  Dated: April 3, 2008                          BRAYTON❖PURCELL LLP

12                                                  /s/ David R. Donadio
                                              By: _____
13                                                David R. Donadio
                                                  Attorneys for Plaintiff

15  Dated: April 3, 2008                          CARROLL, BURDICK, & McDONOUGH, LLP

16                                                  /s/ John G. Lee

17                                            By: _____
                                                  John G. Lee
18                                                Attorneys for Defendant WARREN
                                                  PUMPS, LLC

1
2
**[PROPOSED] ORDER**

3
4      Pursuant to the Stipulation above, the captioned matter is hereby referred to:

Non-binding Arbitration

5      _X_     Early Neutral Evaluation (ENE)
6      ___     Mediation
7      ___     Private ADR

8  Deadline for ADR session

9      _X_     90 days from the date of this order.
10     ___     Other _____

11
12 IT IS SO ORDERED.

13 Dated: __April 4, 2008_____

14
15                                            _____
                                              Elizabeth D. Laporte
16                                            United States Magistrate Court Judge

IT IS SO ORDERED
Judge Elizabeth D. Laporte

17
18
19
20
21
22
23
24
25
26
27
28

3
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS   –  C 08-00231-EDL