ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
FRANK J. ANDERS, ESQ., S.B. #227208
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff JAMES FARRIS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JAMES FARRIS, ) | C 08-00231-EDL |
| Plaintiff, ) | |
| vs. ) | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
| WARREN PUMPS, LLC, ) | |
| Defendant. ) | |

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned parties in the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

////
////
////
////
////
////
////

1  Appeal from the judgment shall be taken directly to the United States Court of Appeals
2  for the Ninth Circuit.

3  Dated: April 9, 2008                                         BRAYTON❖PURCELL LLP

4                                                                              /s/ David R. Donadio

5                                                                       By: _____
                                                                               David R. Donadio
6                                                                              Attorneys for Plaintiff

7
   Dated: April 9, 2008                                         CARROLL, BURDICK & MCDONOUGH LLP
8
                                                                                /s/  John G. Lee
9
                                                                        By: _____
10                                                                             John G. Lee
                                                                               Attorneys for Defendant
11                                                                             WARREN PUMPS LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

K:\Injured\102745\Fed\Joint Consent Magistrate (Farris).wpd            2
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE   – C 08-00231-EDL