# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Farris, <br><br>              Plaintiff(s), <br><br>     v. <br><br> Warren Pumps, LLC, <br><br>              Defendant(s). | 08-00231 EDL ENE <br><br> **Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Stephen G. Blitch**
Reed Smith LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612
510-466-6703
sblitch@reedsmith.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
08-00231 EDL ENE                                          - 1 -

Counsel are reminded that the written ENE statements required by the ADR L.R. 5-8 shall NOT be filed with the court.

Dated: April 18, 2008

           RICHARD W. WIEKING
           Clerk
           by:    Claudia M. Forehand

           ADR Case Administrator
           415-522-2059
           Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
08-00231 EDL ENE        - 2 -