# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Farris,<br><br>                    Plaintiff(s),<br><br>         v.<br><br>Warren Pumps, LLC,<br><br>                    Defendant(s). | 08-00231 EDL ENE<br><br>**Notice Vacating Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The appointment of Stephen G. Blitch to serve as the Evaluator in this matter is vacated. The ADR Unit will appoint another Evaluator to this matter as soon as possible.

Dated: May 12, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice Vacating Appointment of Evaluator**
08-00231 EDL MED