MICHAEL E. KUNZ
CLERK'S OFFICE
CLERK OF COURT

ROOM 2609
(267) 299-7018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797

# FILED

MAY 2 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:     ASBESTOS PRODUCTS LIABILITY LITIGATION
MDL 875 CA-N 3:08-231, 08-980, 08-981, 08-982, 08-983

Dear Clerk:

ENTERED IN CIVIL DOCKET  6/9/08

    The enclosed Conditional Transfer Order (CTO-307) is being sent to you regarding the involved actions the involved action(s) listed on the schedule included in this e-mail. These case(s) have been properly identified as multi district litigation asbestos cases. However, pursuant to the opinion and order of 7/29/91, 771 F.Supp. 415, our court is not accepting the original records and/or docket responsibility on the involved 93,000 actions.

## PLEASE DO NOT FORWARD A CERTIFIED DOCKET OR
## A CERTIFIED COPY OF THE TRANSFER ORDER TO THIS DISTRICT.

    Please continue to process the litigation in your court, per the opinion, pretrial and administrative orders. If you have any questions please contact me at (267) 299-7018.

Sincerely,

MICHAEL E. KUNZ
Clerk of Court

Tom Dempsey

Tom Dempsey
MDL Docketing Clerk

Enclosure

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**ORIGINAL**

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED: 5·16·08

ATTEST: Tom Dappes

DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
DISTRICT LITIGATION

APR 25 2008

FILED
CLERK'S OFFICE

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                     MDL No. 875

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-307)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,878 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

A CERTIFIED TRUE COPY

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**FILED**

MAY 2 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**                                  MDL No. 875

### SCHEDULE CTO-307 - TAG-ALONG ACTIONS

| **DIST. DIV. C.A. #** | **CASE CAPTION** |
|---|---|

**ALABAMA MIDDLE**
ALM 2  08-150        ~~Othre E. Burnett, et al. v. Albany International Co., et al.~~
                     **Opposed 5/13/08**

**CALIFORNIA CENTRAL**
CAC 2  08-2172       ~~Louis Ted Kovary, et al. v. Honeywell International, Inc., et al.~~
                     **Opposed 5/12/08**

**CALIFORNIA NORTHERN**
CAN 3  08-231        James Farris v. Warren Pumps, LLC
CAN 3  08-980        Rudolph Hanna v. General Electric Co., et al.
CAN 3  08-981        Thomas Taylor v. General Electric Co., et al.
CAN 3  08-982        Donald Cantlin, Jr. v. General Electric Co., et al.
CAN 3  08-983        Betty Utterback, et al. v. Hexion Specialty Chemicals, Inc.
CAN 4  08-969        Anna Price, et al. v. General Electric Co., et al.

**INDIANA NORTHERN**
INN 2  08-33         Raymond C. Dix, et al. v. General Electric Co., et al.

**LOUISIANA MIDDLE**
LAM 3  08-182        Charles Dickson v. Noble Drilling Corp., et al.

**MARYLAND**
MD 1  08-798         William J. Lee, Sr., et al. v. John Crane-Houdaille, Inc., et al.

**MISSISSIPPI NORTHERN**
MSN 1  06-64         William Kenneth Strachan v. Garlock, Inc., et al.

**MISSISSIPPI SOUTHERN**
MSS 1  07-1237       Aletha Mims v. American Standard, Inc., et al.

**NORTH CAROLINA MIDDLE**
NCM 1  02-456        Ricky Lee Crabtree, et al. v. ACandS, Inc., et al.
NCM 1  08-204        Jeanette S. Allison, et al. v. Aqua-Chem, Inc., et al.
NCM 1  08-205        John F. Upright, Jr., et al. v. Aqua-Chem, Inc., et al.
NCM 1  08-215        George Wayne Scott, et al. v. Aqua-Chem, Inc., et al.
NCM 1  08-216        Jack Anderson Lawson, Sr. v. Aqua-Chem, Inc., et al.
NCM 1  08-217        Herbert C. Gray, et al. v. Aqua-Chem, Inc., et al.
NCM 1  08-242        Lemmie E. Joyce, et al. v. Aqua-Chem, Inc., et al.

**MDL No. 875 - Schedule CTO-307 Tag-Along Actions (Continued)**

### DIST. DIV. C.A. #          CASE CAPTION

NORTH CAROLINA WESTERN

| | | |
|---|---|---|
| NCW 1 | 07-307 | Margie J. Putnam, et al. v. AESYS Technologies, LLC, et al. |
| NCW 1 | 08-61 | Larry Wayne Autry, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-81 | Jeremiah B. Stearns, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-99 | James J. Widener, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-100 | Ricky Dale Morrow, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-101 | David Lee Brooks, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-102 | Tony Jerod Martin, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-103 | John Wesley Smith, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-104 | James Ray Blackwelder, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-105 | James Alan Palmer, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-110 | Harold Dean Kirby, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-111 | Jack H. Farris, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-112 | Larry E. Gragg, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-113 | James Albert Brown, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-119 | Stoney W. Thompson, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-120 | Frederick L. Downing, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-121 | Jerry Hugh Daves v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-123 | Anthony Earl Edwards v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-127 | Steven W. Houser, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-128 | Mark Wilson Furr, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-129 | Hildred Lee Miller, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-130 | Leonard E. Tate, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-134 | Denny Ray Woodward, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-135 | Terri Linnette Pulliam, etc. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-136 | James Donald Parton, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-137 | Steven Mitchell Pate v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-138 | George M. Rumfelt, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-139 | Richard H. Sloan, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-143 | Bryan M. Bean, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-144 | Jerry Allen Canipe v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-145 | Rodney Paul Beam v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-147 | Dennis L. Gallion, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-149 | Tommy D. Gamble, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-151 | Randy Joe Graham, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-157 | Michael Dale Greene, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-159 | Lanny Jack Hope, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-161 | Marvin W. Huskins, et al. v. Aqua-Chem, Inc., et al. |

**MDL No. 875 - Schedule CTO-307 Tag-Along Actions (Continued)**

**DIST. DIV. C.A. #**          **CASE CAPTION**

SOUTH CAROLINA

| | | |
|---|---|---|
| SC  0  08-901 | George Thomas Toole v. Aqua-Chem, Inc., et al. |
| SC  0  08-911 | Claudie C. Cooper, et al. v. Aqua-Chem, Inc., et al. |
| SC  0  08-912 | William R. Hozey, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC  0  08-927 | Robert Davenport, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC  0  08-967 | James Burton Beard, et al. v. Aqua-Chem, Inc., et al. |
| SC  2  08-965 | James Howell Buddin, Jr. v. Aqua-Chem, Inc., et al. |
| SC  6  08-929 | Alfonzo Daniel, et al. v. Aqua-Chem, Inc., et al. |
| SC  7  08-899 | Ronnie Wayne Upchurch, et al. v. Aqua-Chem, Inc., et al. |
| SC  7  08-900 | P. Samuel Webber, III, et al. v. Aqua-Chem, Inc., et al. |
| SC  7  08-902 | Susan Marie Bell, et al. v. Aqua-Chem, Inc., et al. |
| SC  7  08-913 | Tommy A. Jones, et al. v. Aqua-Chem, Inc., et al. |
| SC  7  08-933 | Blaine E. Quinton, Sr., et al. v. Aqua-Chem, Inc., et al. |
| SC  7  08-969 | Monty Albert Smith, et al. v. Aqua-Chem, Inc., et al. |
| SC  8  08-904 | Jerry Daniel South v. Aqua-Chem, Inc., et al. |

TEXAS NORTHERN

TXN 3  08-549          ~~Dzinta Bailey, etc. v. A.W. Chesterton Co., et al.~~ **Vacated 5/2/08**

TEXAS SOUTHERN

TXS 4  08-846          Eldon W. White v. Burlington Northern & Santa Fe Railway Co.

VIRGINIA EASTERN

| | | |
|---|---|---|
| VAE 2  06-8897 | Robert P. Loss v. American Standard, Inc., et al. |
| VAE 2  07-9290 | Robert E. Butikofer v. American Standard, Inc., et al. |
| VAE 2  07-9291 | Edward C. Hofrock v. American Standard, Inc., et al. |
| VAE 2  08-9321 | Leo Wahl v. American Standard, Inc., et al. |
| VAE 2  08-9322 | Robert J. Siple v. American Standard, Inc., et al. |
| VAE 2  08-9323 | Guiseppe Cintorino v. American Standard, Inc., et al. |
| VAE 2  08-9324 | Sellar B. Nugent v. American Standard, Inc., et al. |
| VAE 2  08-9325 | Jerry E. Surbaugh, Sr. v. American Standard, Inc., et al. |
| VAE 2  08-9326 | Venancio C. Baca v. American Standard, Inc., et al. |
| VAE 2  08-9327 | Joseph F. Brown v. American Standard, Inc., et al. |
| VAE 2  08-9328 | Rodney E. Keyes v. American Standard, Inc., et al. |
| VAE 2  08-9329 | Irvin D. Lisec v. American Standard, Inc., et al. |