BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES FARRIS,

    Plaintiff,

vs.

WARREN PUMPS, LLC, NORTHROP GRUMMAN SHIPBUILDING, INC.,

    Defendants.

No. 3:08-cv-00231-CRB

**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT HUNTINGTON INGALLS INCORPORATED f/k/a NORTHROP GRUMMAN SHIPBUILDING, INC.**

PURSUANT TO STIPULATION, **IT IS SO ORDERED.** All claims against Defendant HUNTINGTON INGALLS INCORPORATED f/k/a NORTHROP GRUMMAN SHIPBUILDING, INC. are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: June 2, 2014    By:_____
Charles R. Breyer
United States District Judge

*IT IS SO ORDERED*
Judge Charles R. Breyer